IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL EWING GREENE**                                            **PETITIONER**
*REG #17632-035*

V.                              **CASE NO. 2:23-cv-00032-BSM-JTK**

**JOHN P YATES**                                                   **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Any party to this suit may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

I.     **Introduction**

On February 10, 2023, Jamel Greene, an inmate in the Federal Correctional Institution of the Bureau of Prisons ("BOP"), filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 . (Doc. No. 1)

On October 11, 2022, Mr. Greene filed his first federal petition for writ of habeas corpus in the Eastern District of Arkansas. *See Greene v. Yates*, Case No. 2:22-cv-00186-BSM-PSH (E.D. Ark.). This case remains pending before Judge Miller and Magistrate Judge Patricia Harris for substantive review.

For the reasons stated below, the Court recommends that Mr. Greene's petition be dismissed without prejudice.

## II.     Background

In 2012, Mr. Greene, a former member of the United States Army Service, was convicted by a panel of officer and enlisted members sitting as a general court-martial of carnal knowledge with a child who had attained the age of 12 but was under the age of 16 in violation of Article 120, Uniform Code of Military Justice, aggravated sexual assault of a child, aggravated sexual assault by causing bodily harm, wrongful sexual contact in violation of Article 120, Uniform Code of Military Justice, sodomy with a child under the age of 12, and forcible sodomy with a child who had attained the age of 12 but was under the age of 16 in violation of Article 12, Uniform Code of Military Justice. He was sentenced to dishonorable discharge, 35 years of confinement, and reduction to grade E-1. In 2014, an appeals court found that the conviction of aggravated sexual assault by causing bodily harm would be set aside and dismissed; however, the court affirmed Mr. Greene's sentence for the remaining convictions.

In both pending habeas petitions, Mr. Greene is challenging his conviction and sentence and alleging that his detainment is a violation of his constitutional rights.

## III.    Discussion

The Court lacks jurisdiction to hear the current petition because Mr. Greene has already challenged this conviction through a currently pending federal habeas petition. If Mr. Greene has anything to add to his current habeas petition, it would be more appropriate to file a motion to supplement in that case.

## IV.    Conclusion

This pending petition is successive. Accordingly, the Court recommends that Mr. Greene's

petition for a federal writ of habeas corpus (Doc. No. 1) be denied and this case be dismissed, without prejudice.

DATED THIS 6th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE