IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL GREENE**  **PLAINTIFF**
Reg #17632-035

v.  CASE NO. 2:23-CV-00032-BSM

**JOHN YATES**  **DEFENDANT**

### ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted and Jamel Greene's petition for habeas relief [Doc. No. 1] is dismissed without prejudice as improperly successive. A certificate of appealability will not be issued because Greene has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2). Finally, an appeal *in forma pauperis* would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE