IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL GREENE**                                                                                     **PLAINTIFF**
Reg #17632-035

v.                                    CASE NO. 2:23-CV-00032-BSM

**JOHN YATES**                                                                                       **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE